IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| WILLIAM ECHOLS, SANEH L. ECHOLS, and ALL ABOARD-THE TRAINING JUNCTION,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, UTAH STATE OFFICE OF EDUCATION, UTAH DEPARTMENT OF HEALTH, et al.<br><br>  Defendants. | **ORDER**<br><br><br><br><br>Case No. 2:07-CV-791<br>Judge Dee Benson |

On October 30, 2008, the Court issued an Order to Show Cause why the above-captioned action presently before the Court should not be dismissed for failure to prosecute. Plaintiffs responded to the Court's order on November 13, 2008, explaining the relevant history and the fact that they have been unable to secure counsel. While mindful of these facts, it is well established that "a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se." Harrison v.

Wahatoyas, L.L.C., 253 F.3d 552, 556 (10th Cir. 2001).  Moreover, and aside from this issue, Plaintiffs have also failed to comply with Federal Rule of Civil Procedure 4(m), which sets forth the requirements for timely service of the Complaint.

For these reasons, Plaintiffs' Complaint is dismissed, without prejudice.

IT IS SO ORDERED.

Dated this 14th day of November 2008.

_____
Dee Benson
United States District Court